# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



PRINTTHIS

Powered by Clickability

Apr. 22, 2010
Copyright © Las Vegas Review-Journal

## MIKE WEATHERFORD: Survey says show prices down

The numbers don't lie, but don't always get to the heart of it either.

The purity of math at least gives us a starting fact: Show prices are down by an average of $2.50 for the first time in seven years.

This comes from an annual survey by the Las Vegas Advisor. Publisher Anthony Curtis notes that it's the only such annual research "that has any base line or benchmark to it."

Once a year, Curtis delves into the thankless task of trying to pull an average ticket price from all the stationary shows in town -- 91 this year -- then chart the averages.

This year's average price of $73.46 is only the third dip in 19 years of the survey. It bore out Curtis' gut feeling that producers "hit a level where they said, 'That's enough' " to price increases.

But $2.50 might be just the tip of the downward trend, barely reflecting the slash-and-burn discounting we've seen in the past year. But most discounts try to preserve the full price as a starting point. The calculations can't factor in discount "two for one" ticket vendors, which, arguably, drive up the face values of many tickets.

It never has been easy to keep the survey consistent on what Curtis calls the "shifting landscape" of shows and prices. He excludes rooms such as the Las Vegas Hilton or Orleans that book weekend headliners, but has to make tough calls on whether to count David Copperfield (yes, because of his ever-expanding schedule at the MGM) or recurring headliners such as Cher, Carlos Santana or Garth Brooks (yes on Cher, no for the other two based on the number of annual dates).

A few more fun facts from the survey:

■ The recession hasn't stopped bullish show producers. Despite losing some long-running shows, 11 more titles were counted than last year.

■ One afternoon kids show on weekends may have pulled down the average: Tickets for the "Super Duper Show" at the Royal Resort are $10, $5 for children.

■ By contrast, Donny and Marie Osmond now command the Strip's priciest ticket, if you pay $289.63 for the VIP package.

■ Still, there were 23 shows with at least one ticket option above $100, reminding us why so many people head to the discount middlemen. ...

Still no word from the Wayne Newton camp on how seriously to take the "Once Before I Go" title of his Tropicana show, but Saturday is your last chance to see it at the Tropicana. The casino still

plans to remodel the showroom, but comedian Paul Rodriguez will have a month's engagement in the interim starting May 3, with a special Cinco de Mayo show in Spanish. ...

Early risers on Sunday can hit the pavement with Penn & Teller. The duo again host the 20th annual AID for AIDS of Nevada AIDS Walk Las Vegas downtown at the World Market Center, at Bonneville Avenue and Grand Central Parkway.

A minimum donation of $35 per person is encouraged for the 8 a.m. walk, and includes a T-shirt. You can sign up early today and Saturday at the AFAN headquarters on 701 Shadow Lane. ...

I raised the specter of doubt in this column a couple of weeks ago, so it's fair to report that Keith Emerson and Greg Lake are on track for Saturday's show at the Hilton, though four shows at the beginning of the tour had to be rescheduled.

"We're holding up very well I think. As you get older these things do happen, but one just has to try and recover and adapt," Lake said Tuesday. "Life's long. Many things happen." We talked too late to squeeze more into print, but fans can read more on the Vegas Voice blog on the Review-Journal website. ....

The Orleans is bundling a series of dates as "The Orleans Summer Comedy Series," featuring Tom Papa, host of the odd NBC panel show "The Marriage Ref."

Ben Bailey, host of Discovery Channel's "Cash Cab" brings more TV cred to the first engagements May 21 and 22, which are to be followed by other "special guests" in return engagements June 25-26, July 31-Aug. 1 and Aug. 27-28. ...

Speaking of The Orleans, maybe you've asked: Who is Perry Danos? If you're curious, you can find out for $30 Friday through Sunday, when the Nashville-based singer billed as "The New Voice of Vegas" returns to the casino.

But here's one fact: He -- or someone backing him -- has more money than you or me. This is a rent-the-room gig on a weekend The Orleans showroom would otherwise be dark. The Orleans is actually making money off the booking.

It's the second visit from Danos, and the last one came complete with cab tops and outdoor advertising. A man buying his own shot at fame has more to prove, but at least he's trying to do it under his own name instead of wearing a costume and imitating another star.

Perry Danos: One-man recession buster. Whoever you are, sir, Las Vegas needs more of you!

Contact reporter Mike Weatherford at mweatherford@ reviewjournal.com or 702-383-0288.

**Find this article at:**
http://www.lvrj.com/neon/survey-says-show-prices-down-91795374.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# LVA in the Media

A Las Vegas Advisor Blog
Search for:
[ Search ]

- Home
- About LVA in the Media

## Survey says show prices down



April 22, 2010

The numbers don't lie, but don't always get to the heart of it either.

The purity of math at least gives us a starting fact: Show prices are down by an average of $2.50 for the first time in seven years.

This comes from an annual survey by the *Las Vegas Advisor*. Publisher Anthony Curtis notes that it's the only such annual research "that has any base line or benchmark to it."

Once a year, Curtis delves into the thankless task of trying to pull an average ticket price from all the stationary shows in town — 91 this year — then chart the averages.

This year's average price of $73.46 is only the third dip in 19 years of the survey. It bore out Curtis' gut feeling that producers "hit a level where they said, 'That's enough' " to price increases.

But $2.50 might be just the tip of the downward trend, barely reflecting the slash-and-burn discounting we've seen in the past year. But most discounts try to preserve the full price as a starting point. The calculations can't factor in discount "two for one" ticket vendors, which, arguably, drive up the face values of many tickets.

It never has been easy to keep the survey consistent on what Curtis calls the "shifting landscape" of shows and prices. He excludes rooms such as the Las Vegas Hilton or Orleans that book weekend headliners, but has to make tough calls on whether to count David Copperfield (yes, because of his ever-expanding schedule at the MGM) or recurring headliners such as Cher, Carlos Santana or Garth Brooks (yes on Cher, no for the other two based on the number of annual dates).

A few more fun facts from the survey:

■ The recession hasn't stopped bullish show producers. Despite losing some long-running shows, 11 more titles were counted than last year.

■ One afternoon kids show on weekends may have pulled down the average: Tickets for the "Super Duper Show" at the Royal Resort are $10, $5 for children.

■ By contrast, Donny and Marie Osmond now command the Strip's priciest ticket, if you pay $289.63 for the VIP package.

■ Still, there were 23 shows with at least one ticket option above $100, reminding us why so many people head to the discount middlemen. …

Tags: Anthony Curtis, economy, entertainment, Las Vegas, Las Vegas Advisor

This entry was posted on Thursday, April 29th, 2010 at 10:27 am and is filed under Print/Online. You can follow any responses to this entry through the RSS 2.0 feed. Both comments and pings are currently closed.

Comments are closed.

- Subscribe: Entries | Comments

- **Blogroll**

    ○ LVA Home
    ○ Plugins
    ○ Support Forum

- **Search**

    Search for:
    [Search]

- **About LVA in the Media**

    ○ About LVA in the Media

- **Views**

    ○ Seven Questions: Anthony Curtis - 1,444 views
    ○ Want to win the lottery? You&#8217;re better off with blackjack - 839 views
    ○ Harrah&#8217;s Takes Over Planet - 809 views
    ○ Las Vegas Pool Season Begins - 756 views
    ○ Casino Closes at Lake Las Vegas - 744 views

- **Tag Cloud**

  adult Anthony Curtis Beneath the Neon blackjack Caesars Palace celebrity Cirque du Soleil CityCenter construction dining discounting downtown economy Elvis entertainment Fezzik gambling handicapper Harrah's history holidays homeless hotels Las Vegas Las Vegas Advisor LVASports movies New Year's Eve NFL nightlife Obama poker Rio room rates rooms shows Steve Wynn stripclub Super Bowl The Mirage the Mob the Strip topless TV WSOP

- **LVA on Twitter**

    - FSE Sues Plaza:: As reported in today's L-V Sun , the company that operates the Fremont Street Experience i... http://tinyurl.com/3937rcj 20 hrs ago
    - Cinco de Taco:: A late addition to today's <a href='http://bit.ly/aKFVqE'>Cinco de Mayo</a> celebrations com... http://tinyurl.com/2ubyjb6 22 hrs ago
    - Non-Smoking Casino:: Arizona Charlie's Decatur property has added a new, separate, non-smoking casino area. ... http://tinyurl.com/358pao5 22 hrs ago
    - More updates...

  Powered by Twitter Tools

- **Archives**

  Select Month

- **Media**

  Select Category

- **Meta**

    - Log in
    - Entries RSS
    - Comments RSS
    - WordPress.org

© 2010. LVA in the Media. All rights reserved. Powered by WordPress & SimpleX theme.

# LVA in the Media

A Las Vegas Advisor Blog
Search for:
[ Search ]

- Home
- About LVA in the Media

## Las Vegas Numbers Hint at Recovery

Posted in Print/Online on May 6th, 2010 by admin – Comments Off



*Anthony Curtis' nationally syndicated weekly column.*

May 5, 2010

It's been a long time coming, but Nevada's statewide gambling win logged a 13.9% increase in the February year-over-year comparison, the first double-digit gain since July 2007. More encouraging yet for Las Vegas, Strip casinos reported a 32.9% increase. The good result was somewhat expected, due to a calendar that had big events, such as the read more »

## New 'Rumor' to Hit Las Vegas

Posted in Print/Online on April 29th, 2010 by admin – Comments Off



*Anthony Curtis' nationally syndicated weekly Vegas news column.*

April 28, 2010

Yet another new hotel has been announced for an area near the Las Vegas Strip. This summer a non-casino hotel called Rumor will open on Harmon Ave., east of the Strip in the location that was formerly the St Tropez. The property read more »

## Survey says show prices down

Posted in Print/Online on April 29th, 2010 by admin – Comments Off



April 22, 2010

The numbers don't lie, but don't always get to the heart of it either.

The purity of math at least gives us a starting fact: Show prices are down by an average of $2.50 for the first time in seven years.

This comes from an annual survey by the *Las Vegas Advisor*. Publisher Anthony Curtis notes that it's the only such annual research "that has any base line or benchmark to it." read more »

## The Haunting

Posted in Online on April 23rd, 2010 by admin – Comments Off



April 20, 2010

*LVA blogger David McKee is quoted in regard to MGM Mirage's expressed desire to change the company's name.*

"It's retribution, and it's an incredibly bad business decision because there is so much brand equity wrapped up in that Mirage name," McKee said. "Kirk Kerkorian would not have bought those resorts were it not for all the value and mystique that Steve Wynn created. Plus, the financial performance of MGM properties on the Strip and Bellagio is kicking the crap out of everything else they own."

Read more: Portfolio.com

# New Las Vegas Cirque Show Announced

Posted in Print/Online on April 22nd, 2010 by admin – Comments Off



*Anthony Curtis' nationally syndicated weekly column.*

April 21, 2010

If you thought that the Las Vegas building slowdown might also spawn a moratorium on new Cirque du Soleil shows, you were wrong. Following the licensing of Beatles music for *LOVE* at the Mirage and Elvis music for *Viva Elvis!* at Aria, read more »

# Las Vegas Tropicana Changing Themes

Posted in Print/Online on April 15th, 2010 by admin – Comments Off



*Anthony Curtis' nationally syndicated weekly column.*

April 14, 2010

What unused themes are left on the Las Vegas Strip? How about Miami's South Beach? That's the plan for an announced $165 million renovation and redesign for the Tropicana. The project is the most read more »

# Want to win the lottery? You're better off with blackjack

Posted in Online on April 12th, 2010 by admin – Comments Off



April 12, 2010

In these hard times, gambling and lottery revenues are up, with people putting their faith and a little bit of money toward these get-rich-quick schemes. While WalletPop in no way endorses gambling or playing the lottery, we were curious to find out what are the odds when putting some cash toward making money fast.

Anthony Curtis, the president of LasVegasAdvisor.com, the go-to site on the latest happenings and deals in Sin City, used to make a living as a card-counting genius, like the one dramatized in the movie *21*. read more »

## Home entertainment may be cutting into casino time

Posted in Print/Online on April 12th, 2010 by admin – Comments Off



April 11, 2010

Mintel International, a data analysis company on consumer behavior and media, reports that although successful movies such as "Ocean's Eleven" and "The Hangover" glamorize Las Vegas and gambling, fewer people are going to casinos…

…

With some of the big players in home entertainment meeting in Las Vegas next week for the annual National Association of Broadcasters convention, we asked veteran casino watcher Anthony Curtis to weigh in on the Mintel study.

He publishes Anthony Curtis' Las Vegas Advisor.

*To read the whole article, click here.*

http://media.lvablog.com/    5/6/2010

# Cosmopolitan of Las Vegas Opening Confirmed

Posted in Print/Online on April 8th, 2010 by admin – Comments Off



*Antony Curtis nationally syndicated weekly column.*

April 7, 2010

The newly appointed CEO of the newly renamed Cosmopolitan of Las Vegas has confirmed that the condo-hotel will open in "mid-December" of this year. Up till now, it had been undetermined read more »

# World-Renowned Vegas Gaming Expert Picks Comedian and Writer Adam Carolla as Celebrity Favorite in 2010 Toyota Pro/Celebrity Race

Posted in Online on April 6th, 2010 by admin – Comments Off



April 6, 2010

For the third successive year, Toyota Racing asked Anthony Curtis to make the line on the annual Pro/Celebrity Grand-Prix-style race at Long Beach. Click here to read what he has to say about this year's field, in the run-up to the April 17 race day.

# Seven Questions: Anthony Curtis

Posted in Print/Online on April 1st, 2010 by admin – Comments Off



Las Vegas Advisor publisher Anthony Curtis is featured in Las Vegas' newest weekly magazine.

*The Las Vegas Advisor talks about winning, our 'gimmick' city and, of course, the best deals. By Elizabeth Sewell | March 25th, 2010 – 12:00am*

At just 16 years old, Anthony Curtis knew Las Vegas was his kind of town. A self-professed "game player" since birth, he was enamored of the idea of making money by using his head to beat the house. The only holdback was his age. The day he turned 21, he decided there would be no more college. Two months later, he began making frequent trips from Southern California to Las Vegas, where he quickly became one of the world's best blackjack players. Eventually he became too good even for the casinos, and he was banned from playing. He read more »

## Las Vegas Casino Companies in Play

Posted in Print/Online on April 1st, 2010 by admin – Comments Off



*Anthony Curtis nationally syndicated weekly column.*

March 31, 2010

Fresh off the Harrah's acquisition of Planet Hollywood, two more high-profile casino companies are facing potential ownership shake-ups. After building from a single property to a multi-casino… read more »

« Older Entries

- Subscribe: Entries | Comments

- # Blogroll

    - LVA Home
    - Plugins
    - Support Forum

- # Search

Search for:

[Search]

- # About LVA in the Media

    - About LVA in the Media

- # Views

    - Seven Questions: Anthony Curtis - 1,444 views
    - Want to win the lottery? You&#8217;re better off with blackjack - 839 views
    - Harrah&#8217;s Takes Over Planet - 809 views
    - Las Vegas Pool Season Begins - 756 views
    - Casino Closes at Lake Las Vegas - 744 views

- # Tag Cloud

adult Anthony Curtis Beneath the Neon blackjack Caesars Palace celebrity Cirque du Soleil CityCenter construction dining discounting downtown economy Elvis entertainment Fezzik gambling handicapper Harrah's history holidays homeless hotels Las Vegas Las Vegas Advisor LVASports movies New Year's Eve NFL nightlife Obama poker Rio room rates rooms shows Steve Wynn stripclub Super Bowl The Mirage the Mob the Strip topless TV WSOP

- # LVA on Twitter

    - FSE Sues Plaza:: As reported in today's L-V Sun , the company that operates the Fremont Street Experience i... http://tinyurl.com/3937rcj 20 hrs ago
    - Cinco de Taco:: A late addition to today's <a href='http://bit.ly/aKFVqE'>Cinco de Mayo</a> celebrations com... http://tinyurl.com/2ubyjb6 22 hrs ago
    - Non-Smoking Casino:: Arizona Charlie's Decatur property has added a new, separate, non-smoking casino area. ... http://tinyurl.com/358pao5 22 hrs ago
    - More updates...

Powered by Twitter Tools

- # Archives

  Select Month

- # Media

  Select Category

- # Meta

  - Log in
  - Entries RSS
  - Comments RSS
  - WordPress.org

© 2010. LVA in the Media. All rights reserved. Powered by WordPress & SimpleX theme.

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:          Text

Registration Number / Date:
                       TX0007145873 / 2010-05-26

Application Title: Survey says show prices down.

Title:                 Survey says show prices down.

Appears in:            Las Vegas Review-Journal

Description:           Electronic file (eService)

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                       2010-04-22

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:                 Stephens Media LLC
                       Righthaven LLC
===========================================================================
```